UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>            Plaintiff,<br><br>                        v.<br><br>BETHLEHEM STEEL CORP., *et al.*,<br>            Defendants. | 1:20-mc-794<br><br>(Originally Civil Action No. 115-328) |

### [~~PROPOSED~~] ORDER TERMINATING FINAL JUDGMENT

The Court having received the motion of plaintiff United States of America for termination of the final judgment entered in the above-captioned case, and the Court having considered all papers filed in connection with this motion, and the Court finding that it is appropriate to terminate the final judgment, it is

**ORDERED, ADJUDGED, AND DECREED:**

That said final judgment is hereby terminated.
The Clerk of Court is directed to terminate ECF No. 1 and close this case.  SO ORDERED.

Dated: December 23, 2020

_____
Hon. Jesse M. Furman
United States District Court Judge
Southern District of New York